**Barbara SPENCER, Appellant,**

**v.**

**MACY'S CREDIT OPERATIONS, INC.,**

**and**

**Division of Employment Security,
Respondents.**

**No. ED 104159**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: April 11, 2017

Thomas H. Lake, Lake, Gantz, Lake & Price, LLC, Clayton, MO, for Appellant.

Meaghan Patricia Myers, Attorney for Division of Employment Security, Jefferson City, MO, Michael Corey Christman, Attorney for Macy's Credit Operations, St. Louis, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM

Barbara Spencer appeals from the order of the Labor and Industrial Relations Commission ("Commission") denying her claim for unemployment benefits after her termination from Macy's Credit Operations, Inc. because of misconduct connected with work. We affirm.

We have reviewed the briefs of the parties and the record on appeal. The evidence in support of the Commission's order was not insufficient. No error of law appears. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the Commission's order pursuant to Rule 84.16(b).